Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−29437−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen M. Brownell                               Linda J. Brownell
   127 Spruce Avenue                          127 Spruce Avenue
   Maple Shade, NJ 08052                Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−5795                                    xxx−xx−8269

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: January 3, 2018
JAN: def

                                                                           Jeanne Naughton
                                                                           Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                           Case No. 17-29437-ABA
Allen M. Brownell                                                Chapter 7
Linda J. Brownell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 2           Date Rcvd: Jan 03, 2018
                              Form ID: cscnodsc           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb         +Allen M. Brownell,    Linda J. Brownell,    127 Spruce Avenue,    Maple Shade, NJ 08052-2741
pp             +Christa Rosenheim,    122 Greensward Lane,    Cherry Hill, NJ 08002-4711
517085694      +Bank of New York Mellon Corporation,    Gerald L. Hassell, Chairman & CEO,    One Wall Street,
                 New York, NY 10286-0001
517085695      +Burlington Anesthesia Associates,    120 Madison Ave., Suite E,    Mount Holly, NJ 08060-2031
517085696      +Cathleen Olesky DMD LLC,    432 Ganttown Road, Suite 101,    Sewell, NJ 08080-1895
517085697       Infusaid LLC,    208 Carter Drive, #20,    West Chester, PA 19382-4511
517085698       Labcorp of America,    PO Box 2240,    Burlington, NC 27216-2240
517085699      +Milstead and Associates, LLC,    1 E. Stow Road,    Marlton, NJ 08053-3118
517085700      +Ortho and Neuro Specialities,    PO Box 148,    Haddonfield, NJ 08033-0272
517087037      +Orthopedic and Neurosurgical Spec.,    807 Haddon Ave.,    Haddonfield, NJ 08033-1749
517085702      +RABC Therapy LLC,    106 Carnie Boulevard,    Voorhees, NJ 08043-4515
517085690      +Ray Rodiloso,    107A Woodlawn Ave.,    Maple Shade, NJ 08052-2347
517085691      +Regional Orthopedic, PA,    499 Cooper Landing Rd.,    Cherry Hill, NJ 08002-2504
517087042      +Remex - assignee,    for South Jersey Radiology,    307 Wall Street,    Princeton, NJ 08540-1515
517085704       South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
517085692      +Specialized Loan Services,    PO Box 636005,    Littleton, CO 80163-6005
517085705       Stroke and Cerebrovascular Center of NJ,    PO Box 8500-8587,    Philadelphia PA 19178-8587
517085693      +The Endo Center of New Jersey,    93 Cooper Rd., #100,    Voorhees, NJ 08043-4910
517085706      +The Heart House,    120 White Horse Pike, Suite 112,    Haddon Heights, NJ 08035-1938
517085707      +Virtua Health Voorhees,    101 Carnie Blvd.,    Voorhees, NJ 08043-1548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517085701       E-mail/Text: bankruptcy@pseg.com Jan 03 2018 23:18:00      PSE&G,    Credit & Collection Center,
                 PO Box 490,    Cranford, NJ 07016-0490
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517085703     ##Regional Cancer Care Associates,    1930 E. Route 70, Suite V107,    Cherry Hill, NJ 08003-4212
517085708     ##+Virtua Surgical Group,    1935 Route 70 East,    Cherry Hill, NJ 08003-2117
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Jan 03, 2018
                             Form ID: cscnodsc        Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
               to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```